IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HASSAN CRAWFORD )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ASSET ACCEPTANCE, LLC AND )<br>KENNETH PROCTOR )<br>)<br>Defendants )<br>) | Case No. 1:13-cv-03925-ELH |

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that the above-named Plaintiff and Defendants have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendants with Plaintiff's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Respectfully submitted this 10th day of March, 2014.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Hassan Crawford
4932 Old Court Road
Randallstown, Maryland 21133
*Pro Se Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 10th day of March, 2014 to:

>Hassan Crawford
>4932 Old Court Road
>Randallstown, Maryland 21133
>*Pro Se Plaintiff*

>/s/ Ronald S. Canter
>Ronald S. Canter, Esquire
>*Attorney for Defendants*